JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAN ENERGY SOLUTIONS INC., <br><br> Plaintiff(s), <br><br> vs. <br><br> GOTHAM INSURANCE COMPANY, <br><br> Defendant(s). | Case No. 2:24-cv-00039-RGK-AJRx <br><br> **ORDER DISMISSING ACTION FOR LACK OF PROSECUTION** |

On April 10, 2024, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [10] ("OSC"), which ordered plaintiff to file timely proof of service of the summons and complaint on all defendants. On April 12, 2024, plaintiff filed a response [11] to the OSC. The Court finds no good cause for the delay in service and orders the case dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: April 16, 2024

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE